**Order entered November 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01253-CV

### D. C INDIVIDUALLY AND A/N/F M.M., ET AL., Appellants

### V.

### DARIUS MCCLINTON-HUNTER, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01692-2013**

## ORDER

A portion of the record filed by the district clerk is not legible. We **ORDER** the clerk to file a supplemental record containing Plaintiff's Response to Defendants' Motions to Dismiss, including all documents attached to the motion. The Plaintiff's Response to Defendants' Motions to Dismiss was filed with the district clerk on June 11, 2013.

The district clerk shall file the supplemental record within ten (10) days of the date of this Order.

/s/      KERRY FITZGERALD
PRESIDING JUSTICE